UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ALEXANDER CHEN** | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:20-cv-01840-VLB |
| | : | |
| v. | : | |
| | : | |
| **TRIUMPH ENGINE CONTROL** | : | |
| **SYSTEMS, LLC,** | : | September 13, 2022 |
|    Defendant. | : | |

## DEFENDANT'S EXHIBIT TABLE OF CONTENTS

1. Deposition of Alexander Chen, vol. I (5-12-2022)
2. Deposition of Alexander Chen, vol. II (07-07-2022)
3. Deposition of MaryEllen Mix
4. Deposition of Wayne Wattley
5. Deposition of Dean Anderson
6. Deposition of Roger Lapointe
7. Deposition of Mark Lillis
8. Affidavit of MaryEllen Mix
9. Affidavit of Wayne Wattley
10. Affidavit of Dean Anderson
11. Affidavit of Roger Lapointe
12. Affidavit of Brooke Ramirez
13. 2013 Job Offer
14. Triumph Handbook
15. FY2017 Annual Review
16. FY2018 Annual Review
17. April 25, 2019 Email "Re: EMC51 Stepper supplier design review lead time"
18. FY2019 Annual Review

19. October 16, 2019 Performance Improvement Plan ("PIP")

20. December 4, 2019 Email "Re: Weekly Update"

21. October 28, 2019 Email "Re: Weekly Update"

22. December 11, 2019 Mark Lillis Notes

23. December 11, 2019 Plaintiff Signed PIP

24. December 13, 2019 Email "Re: Age harassment"

25. January 7, 2020 Email "Re: Retaliation"

26. January 14, 2020 Email "Re: Extending the deadline for Plan item 5"

27. January 15, 2020 Email "Re: Retaliation continues"

28. January 16, 2020 Email "RE: Retaliation"

29. January 17, 2020 Email "Re: retaliation continues"

30. January 22, 2020 Email "Fwd: TA-7 ECP discussion"

31. January 22, 2020 Email, Mark Lillis Notes

32. January 22, 2020 Email "Re: Summary of Today's Meeting"

33. January 31, 2020 PIP review of Alex Chen

34. February 4, 2020 Termination of Employment

35. January 16, 2022 Email "Fw: Retaliation Continues"

36. January 14, 2022 Email "Re: TA-7 ECP discussion"

37. Plaintiff's Privilege Log