# EXHIBIT 24

**Chen, Alex**

**From:** Chen, Alex
**Sent:** Friday, December 13, 2019 8:20 AM
**To:** Mix, MaryEllen T.
**Subject:** RE: Age harassment

Thank you MaryEllen! I appreciated that.

**Alex Chen**
**Principal Engineer, Ph.D**

**Triumph Engine Control Systems**
**Charter Oak Boulevard**
**P.O. Box 330651**
**West Hartford, CT 06133-0651**
**Phone: (860) 236-0651x2468**
agchen@triumphgroup.com

Disclaimer: This E-Mail is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential to Triumph Group and exempt from disclosure under applicable law. If the reader of this E-mail is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, please immediately discard it. This message may also be transmitting information subject to ITAR restrictions and it is the recipients responsibility, if forwarded, to review it accordingly. THANK YOU

**From:** Mix, MaryEllen T. <metmix@triumphgroup.com>
**Sent:** Friday, December 13, 2019 8:17 AM
**To:** Chen, Alex <agchen@triumphgroup.com>
**Subject:** RE: Age harassment

Good morning Alex. I will absolutely look into this and speak to Mr. Martinsen about this. Thank you very much.

Regards,
MaryEllen


Triumph Group
Integrated Systems

**Mary Ellen Mix** | *Human Resources Manager*
*Electronics & Control – West Hartford*
Charter Oak Boulevard, P.O. Box 330651, West Hartford, CT 06133-0651
Office: 860-231-2763 | Fax: 860-231-2787 | triumphgroup.com

**From:** Chen, Alex
**Sent:** Friday, December 13, 2019 8:12 AM
**To:** Mix, MaryEllen T. <metmix@triumphgroup.com>
**Subject:** Age harassment

Dear MaryEllen,

**EXHIBIT 12**
**Dean Anderson**
**5/18/2022**
Cassian Reporting LLC

CHEN000212

I would like to complain to HR about the treatment I got from Don Martinsen. On 4 occasions within last 2 months, Don harassed me, including making comments like you are not 30 years old, have some white hair, we don't work with people who dye their hair. I think that's a form of age discrimination and harassment. On some occasions when he made those comments, Brede Doerner was sitting next to me. On another occasion in the Hydro Prototype lab, Ed Russo and Charles Navarro were there. Please have him stop doing that to me or anyone else. I tried to give Don the stern look and together with some sarcasm when he was making those inappropriate comments. But that did not stop him. I don't want to talk to him in private because that would be portraited as confrontation as it was done to me many times falsely.

Thanks.

Alex

---

This e-mail has been scanned by Verizon Managed Email Content Service, using Skeptic(tm) technology powered by MessageLabs. For more information on Verizon's Managed Email Content Service, visit http://www.verizonbusiness.com.

---

**CHEN000213**

## Chen, Alex

**From:** Chen, Alex
**Sent:** Monday, December 16, 2019 10:57 AM
**To:** Mix, MaryEllen T.
**Subject:** RE: Age harassment

Thank you again!

**Alex Chen**
**Principal Engineer, Ph.D**

**Triumph Engine Control Systems**
**Charter Oak Boulevard**
**P.O. Box 330651**
**West Hartford, CT 06133-0651**
**Phone: (860) 236-0651x2468**
agchen@triumphgroup.com

Disclaimer: This E-Mail is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential to Triumph Group and exempt from disclosure under applicable law. If the reader of this E-mail is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, please immediately discard it. This message may also be transmitting information subject to ITAR restrictions and it is the recipients responsibility, if forwarded, to review it accordingly. THANK YOU

**From:** Mix, MaryEllen T. <metmix@triumphgroup.com>
**Sent:** Monday, December 16, 2019 9:48 AM
**To:** Chen, Alex <agchen@triumphgroup.com>
**Subject:** RE: Age harassment

Good morning Alex,

Thank you for the update regarding Don and I'm glad to hear this. Should you wish to speak to me about your situation please feel free to come by the HR area. Thank you.

Regards,
MaryEllen



Mary Ellen Mix | *Human Resources Manager*
*Electronics & Control – West Hartford*
Charter Oak Boulevard, P.O. Box 330651, West Hartford, CT 06133-0651
Office: 860-231-2763 | Fax: 860-231-2787 | triumphgroup.com

**From:** Chen, Alex
**Sent:** Monday, December 16, 2019 8:40 AM
**To:** Mix, MaryEllen T. <metmix@triumphgroup.com>
**Subject:** RE: Age harassment

Hi MaryEllen,

1

CHEN000214


Don Martinsen has talked to me and apologized, saying he was sorry and stupid. Thanks for talking to him about that. To be honest with you, I think giving me bottom performance rating in 2019 and give me 90 Performance Plan are age discrimination too.

Thank you!

**Alex Chen**
**Principal Engineer, Ph.D**

**Triumph Engine Control Systems**
**Charter Oak Boulevard**
**P.O. Box 330651**
**West Hartford, CT 06133-0651**
**Phone: (860) 236-0651x2468**
**agchen@triumphgroup.com**

Disclaimer: This E-Mail is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential to Triumph Group and exempt from disclosure under applicable law. If the reader of this E-mail is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, please immediately discard it. This message may also be transmitting information subject to ITAR restrictions and it is the recipients responsibility, if forwarded, to review it accordingly. THANK YOU

**From:** Mix, MaryEllen T. <metmix@triumphgroup.com>
**Sent:** Friday, December 13, 2019 8:17 AM
**To:** Chen, Alex <agchen@triumphgroup.com>
**Subject:** RE: Age harassment

Good morning Alex. I will absolutely look into this and speak to Mr. Martinsen about this. Thank you very much.

Regards,
MaryEllen



**Mary Ellen Mix** | *Human Resources Manager*
*Electronics & Control – West Hartford*
Charter Oak Boulevard, P.O. Box 330651, West Hartford, CT 06133-0651
Office: 860-231-2763 |Fax: 860-231-2787|triumphgroup.com

**From:** Chen, Alex
**Sent:** Friday, December 13, 2019 8:12 AM
**To:** Mix, MaryEllen T. <metmix@triumphgroup.com>
**Subject:** Age harassment

Dear MaryEllen,

I would like to complain to HR about the treatment I got from Don Martinsen. On 4 occasions within last 2 months, Don harassed me, including making comments like you are not 30 years old, have some white hair, we don't work with people who dye their hair. I think that's a form of age discrimination and harassment. On some occasions when he made those comments, Brede Doerner was sitting next to me. On another occasion in the Hydro Prototype lab, Ed Russo and Charles Navarro were there. Please have him stop doing that to me or anyone else. I tried to give Don the stern look and together with some sarcasm when he was making those inappropriate comments. But that did not stop

CHEN000215

him. I don't want to talk to him in private because that would be portraited as confrontation as it was done to me many times falsely.

Thanks.

Alex

---

This e-mail has been scanned by Verizon Managed Email Content Service, using Skeptic(tm) technology powered by MessageLabs. For more information on Verizon's Managed Email Content Service, visit http://www.verizonbusiness.com.

---